AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern     DISTRICT OF     New York

## APPEARANCE

Case Number: 13-CV-2082

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff Securities and Exchange Commission

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 3/29/2013 | *(signature)* |
| Date | Signature |
| | Daniel R. Marcus     DM0021 |
| | Print Name     Bar Number |
| | U.S. SEC, 3 World Financial Center, Suite 400 |
| | Address |
| | New York     NY     10281 |
| | City     State     Zip Code |
| | (212) 336-0021     (212) 336-1322 |
| | Phone Number     Fax Number |