UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,                              13 Civ. 2082 (HB)

               - against -                            **Notice of Appearance**

MICHAEL S. STEINBERG

                Defendant.

———————————————————————— x

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

        Please enter my appearance as counsel in the above-entitled action for defendant Michael S. Steinberg.  I certify that I am admitted to practice in this Court.

Dated:  New York, New York
          April 18, 2013

                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP

                                              By: _____
                                                 Barry H. Berke
                                                 bberke@kramerlevin.com
                                         1177 Avenue of the Americas
                                         New York, New York  10036
                                         (212) 715-7560

                                         *Attorneys for Defendant*
                                         Michael S. Steinberg