UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/15/16
```

---

SECURITIES AND EXCHANGE COMMISSION,

            Plaintiff,

   -against-

MICHAEL S. STEINBERG,

            Defendant.

13-cv-2082 (SAS)

## STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST DEFENDANT MICHAEL S. STEINBERG

Pursuant to Federal Rule of Civil Procedure 41(a)(2), it is hereby stipulated and agreed by and between the undersigned parties, by their undersigned counsel, that all claims alleged by plaintiff Securities and Exchange Commission against defendant Michael S. Steinberg in this action are hereby dismissed in their entirety, with prejudice, and without costs, fees or other relief to or for any party.

Date: 1/14/16

By: _Sanjay Wadhwa_
Sanjay Wadhwa
Charles D. Riely
Sandeep Satwalekar
Securities and Exchange Commission
New York Regional Office
200 Vesey Street, Suite 400
New York, New York 10281-1022

*Attorneys for Plaintiff*
*Securities and Exchange Commission*

1

Date: 1/13/14

By: _____
Barry H. Berke
Steven S. Sparling
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036

*Attorneys for Defendant Michael S. Steinberg*

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
January 15, 2016